```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JAKE BIELEFELDT, ET AL.,

                Plaintiffs,

    - against -

GRO INTELLIGENCE, INC.,

                Defendant.

24-cv-2472 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time for the defendant to appear by new counsel was **July 29, 2024**. To date, the defendant has not appeared by new counsel. The plaintiff is directed to move by order to show cause for a default judgment.

The plaintiffs' counsel is directed to serve a copy of this Order on the defendant within five days, and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
            August 6, 2024

                                          John G. Koeltl
                               United States District Judge