UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAKE BIELEFELDT, ET AL.,

                Plaintiffs,

- against -

GRO INTELLIGENCE, INC.,

                Defendant.

---

24-cv-2472 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The plaintiffs are directed to file a proposed order to show cause for a default judgment against the defendant Gro Intelligence, Inc., in accordance with this Court's Rules and Individual Practices by **October 7, 2024.**

SO ORDERED.

Dated:    New York, New York
            September 23, 2024

                                        John G. Koeltl
                                United States District Judge