UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JAKE BIELEFELDT and SIMON FIRESTONE on behalf of themselves and all others similarly situated,

              Plaintiffs,

  -against-

GRO INTELLIGENCE, INC.,

             Defendant.
-----------------------------------------------------------x

Case No. 1:24-CV-02472-JGK

**PROPOSED DEFAULT JUDGMENT**

      This action having been commenced on April 2, 2024 by the filing of the Summons and Complaint (Doc. No. 3), and a copy of the Summons and Complaint having been personally served on the defendant, Gro Intelligence, Inc., on April 8, 2024, by personal service on Defendant's registered agent, Corporation Service Company, and a proof of service having been filed on April 8, 2024 (Doc. No. 6) and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED:  That the plaintiffs have judgment against defendant in the liquidated amount of $208,163.29 plus costs and disbursements of this action in the amount of $139.07 amounting in all to $208,302.36.

Dated: New York, New York

_____

                                _____

                                U.S.D.J.

                                This document was entered on the docket on

                                _____.