UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
:
JAKE BIELEFELDT and SIMON :
FIRESTONE on behalf of themselves and all :
others similarly situated, :
:                Case No. 1:24-CV-02472-JGK
                   Plaintiffs, :
:                **DEFAULT JUDGMENT**
   -against- :
:
GRO INTELLIGENCE, INC., :
:
                 Defendant. :
----------------------------------------------------------x

      This action having been commenced on April 2, 2024 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, GRO INTELLIGENCE, INC. on April 8, 2024 by serving the Summons and Complaint on Shannon Miller, an authorized agent in the office of Corporation Service Company, who is designated by law to accept service of process on behalf of GRO INTELLIGENCE, INC. at 251 Little Falls Dr, Wilmington, DE 19808 on April 8, 2024, at 8:59 a.m., and proof of service having been filed on April 8, 2024 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED:  That the plaintiffs have judgment against defendant in the liquidated amount of $_____ with interest at ____% from _____ amounting to $_____ plus costs and disbursements of this action in the amount of $_____ amounting in all to $_____.

Dated: New York, New York

_____

                                    _____

U.S.D.J.

This document was entered on the docket on

_____.