UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAKE BIELEFELDT, ET AL.,

        Plaintiffs,

  - against -

GRO INTELLIGENCE, INC.,

        Defendant.

---

24-cv-2472 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On September 17, 2024, the Clerk of Court issued a certificate of default as to the defendant Gro Intelligence, Inc. ECF No. 27. On October 11, 2024, the Court entered an order to show cause why a default judgment should not be entered against the defendant. ECF No. 38. On October 16, 2024, the plaintiffs served the order to show cause on the defendant. ECF No. 39. The time to respond to the order to show cause was October 29, 2024, see ECF No. 38, but to date, the defendants have failed to respond. Accordingly, the plaintiffs Jake Bielefeldt and Simon Firestone are entitled to a default judgment against the defendant. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

SO ORDERED.

Dated:    New York, New York
           November 7, 2024

                                        John G. Koeltl
                                    United States District Judge