UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Jake Bielefeldt & Simon Firestone,    24-cv-2472 (JGK)

       Plaintiffs,    <u>ORDER</u>

  - against -

Gro Intelligence, Inc.,

       Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The Court has reviewed the Report and Recommendation of Magistrate Judge Tarnofsky dated October 22, 2025 in connection with an inquest on damages following this Court's finding that the defendant had defaulted in this case and that a default judgment should be entered against them. No objections have been filed and the time for objections has passed. In any event, the Court finds that the Report and Recommendation are thorough and well-reasoned and should be adopted. Therefore, the Court adopts the Report and awards the plaintiff the relief set out in the Report.

  The Clerk is respectfully directed to enter the Final Judgment as recommended by the Magistrate Judge Tarnofsky in favor of plaintiffs Jake Bielefeldt and Simon Firestone against defendant Gro Intelligence, Inc. in the amount of $ 82,400.42. The Clerk is also respectfully requested to close all pending motions and to close this case.

**SO ORDERED.**
**Dated: New York, New York**
    **November 17, 2025**

                 _____
                  John G. Koeltl
                **United States District Judge**