**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Jake Bielefeldt & Simon Firestone,

                Plaintiffs,                24 **CIVIL** 2472 (JGK)

      -against-                           **JUDGMENT**

Gro Intelligence, Inc.,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 17, 2025, the Court finds that the Report and Recommendation are thorough and well-reasoned and should be adopted. Therefore, the Court has adopted the Report and has awarded the plaintiff the relief set out in the Report. Final Judgment is entered as recommended by the Magistrate Judge Tarnofsky in favor of plaintiffs Jake Bielefeldt and Simon Firestone against defendant Gro Intelligence, Inc. in the amount of $82,400.42; accordingly, the case is closed.

**Dated:**  New York, New York
        November 18, 2025

                                          **TAMMI M. HELLWIG**
                                              **Clerk of Court**

                **BY:**        *K. Mango*

                                             **Deputy Clerk**